*E-filed 7/26/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COPPER INDUSTRIALS,<br><br>              Plaintiff,<br><br>   v.<br><br>J. C. PENNEY & COMPANY, INC.<br><br>              Defendant. | Case No. C07-02285<br><br>**ORDER VACATING CASE<br>MANAGEMENT CONFERENCE** |

   Pursuant to the Notice of Settlement at Mediation [Docket No. 14], the Case Management Conference set for July 31, 2007 at 1:30 p.m. in Courtroom 2 is hereby vacated.

   Further, Defendant should file and serve either a Consent to Proceed Before a U.S. Magistrate Judge or a Request for Reassignment to a U.S. District Judge as soon as possible, if the parties intend to have the court approve the eventual dismissal of the action.

   **IT IS SO ORDERED.**

Dated: 7/26/07

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Mark B. Fredkin mfredkin@mffmlaw.com, crogers@mffmlaw.com, dolson@mffmlaw.com, dwaslif@mffmlaw.com, gdent@mffmlaw.com, jlira@mffmlaw.com, mramos@mffmlaw.com, wsiamas@mffmlaw.com

Lisa Ann Villasenor lav@mmker.com, cxr@mmker.com

**Counsel are responsible for transmitting this order to co-counsel who have not signed up for e-filing.**

Dated:   7/26/07                             /s/   KRO
                                             Chambers of Magistrate Judge Howard R. Lloyd

2