*E-filed 8/29/07*

1  MARK B. FREDKIN, ESQ. [State Bar No. 53550]
   MORGAN, FRANICH, FREDKIN & MARSH
2  99 Almaden Boulevard, Suite 1000
   San Jose, California 95113-1613
3  Telephone:(408) 288-8288
   Facsimile:  (408) 288-8325
4  Attorneys for Plaintiff
   COPPER INDUSTRIALS, a California general partnership
5
   LISA A. VILLASENOR, ESQ. [State Bar No. 133984]
6  MANNING & MARDER, KASS, ELLROD, RAMIREZ, LLP
   One California Street, Suite 1100
7  San Francisco, CA 94111
   Telephone: (415) 217-6990 Ext. 246
8  Facsimile: (415) 217-6999
   Attorneys for J.C. PENNEY CORPORATION, INC.
9  formerly known as J.C. Penney Company, Inc.

10
              UNITED STATES DISTRICT COURT
11
              NORTHERN DISTRICT OF CALIFORNIA
12

13

14  COPPER INDUSTRIALS, a California       NO. CV-07-02285 HRL
    general partnership,
15
                     Plaintiff,            **STIPULATION FOR DISMISSAL OF
16  vs.                                    ACTION WITH PREJUDICE AND
                                           [PROPOSED] ORDER OF DISMISSAL**
17  J.C. PENNEY & COMPANY, INC., a
    Delaware corporation doing business in
18  California and DOES 1 through 20,

19                   Defendants.

20
         Based on a settlement reached between the parties at mediation, it is hereby stipulated
21
    by the parties through their designated counsel that the above-entitled action be, and hereby
22
    is, dismissed with prejudice pursuant to FRCP 41(a)(1).
23
    Dated: August 27, 2007.            MORGAN, FRANICH, FREDKIN & MARSH
24

25
                                       By _____
26                                         MARK B. FREDKIN
                                           Attorneys for Plaintiff
27                                         COPPER INDUSTRIALS, a California general
                                           partnership
28

---
Stipulation for Dismissal of Action; Order
USDC - Northern District, No. CV 07-02285 HRL                                          1

1  Dated: August 27, 2007.        JC PENNEY CORPORATION, INC.

             By _____
                LISA A. VILLASENOR, ESQ.
                Attorney for Defendant,
                J.C. PENNEY CORPORATION, INC.
                formerly known as J.C. Penney Company, Inc.

## ORDER

Pursuant to the foregoing stipulation, and good cause appearing, the action shall be dismissed with prejudice.

DATED: 8/29/07        _____
                      Howard R. Lloyd
                      United States Magistrate Judge